UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT

    -v.-                           :   08 Cr.

CARLOS PUMA-JESUS,                 :
    a/k/a "Carlos Puma,"
    a/k/a "Chipo NLN,"
    a/k/a "Chipo Puma,"
    a/k/a "Chipo Puma Jesus,"    :
    a/k/a "Milton F. Camjamarca,"
                                   :
               Defendant.
                                   :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 11 2008

08 CRIM 333

## COUNT ONE

The Grand Jury charges:

On or about April 1, 2008, in the Southern District of New York and elsewhere, CARLOS PUMA-JESUS, a/k/a "Carlos Puma," a/k/a "Chipo NLN," a/k/a "Chipo Puma," a/k/a "Chipo Puma Jesus," a/k/a "Milton F. Camjamarca," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States on or about December 1, 2006, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 24, 2004, for being an alien in possession of a firearm, in violation of Title 18, United States Code, Section 922(g), in the United States District Court for the Southern District of New York, without having obtained the express consent of the Attorney General of the United States or his successor,

Judge Buchwald

the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CARLOS PUMA-JESUS,

a/k/a "Carlos Puma,"
a/k/a "Chipo NLN,"
a/k/a "Chipo Puma,"
a/k/a "Chipo Puma Jesus,"
a/k/a "Milton F. Camjamarca,"

Defendant.

---

**INDICTMENT**

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

*[Handwritten: Filed indictment. Case assigned to Judge Buchwald. — Francis, J.]*
*[Handwritten: SRF 4/11/08]*