

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 21, 2008

By Facsimile

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Carlos Puma-Jesus*
           08 Cr. 333 (NRB)

Dear Judge Buchwald:

    I write to confirm that the conference that had previously been scheduled for tomorrow, April 22, 2008, in the captioned case has been adjourned until May 8, 2008, at 11:30 a.m. The parties appeared before Judge Scheindlin on Monday, April 14, 2008, on related supervised release proceedings in the matter of *United States v. Carlos Puma-Jesus*, No. 05 Cr. 794 (SAS). At that conference Judge Scheindlin indicated that she would be contacting Your Honor to discuss the potential consolidation of the two cases.

    I also write to request that time be excluded under the Speedy Trial Act until May 8, 2008. The ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial because the additional time will permit the Government and the defendant to engage in settlement discussions, and will enable the Court to consider the potential consolidation of this case with the pending proceedings underway before Judge Scheindlin. Mr. Louis V. Fasulo, Esq., counsel for the defendant, consents to this request on behalf of the defendant.

                             Respectfully submitted,

                             MICHAEL J. GARCIA
                             United States Attorney

                By:  _____
                      Howard S. Master
                      Assistant United States Attorney
                      (212) 637-2248

[Handwritten endorsement in right margin: "Application granted. So Ordered. Naomi Reice Buchwald USDJ 4/22/08"]

cc:   Louis V. Fasulo, Esq.

TOTAL P.02